**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JT Masonry & Landscaping Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **46-4469857** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **96 Gardiners Avenue** **Levittown, NY 11756** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Nassau** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | JT Masonry & Landscaping Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

2381

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor    **JT Masonry & Landscaping Inc.**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| **10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

Debtor _____       Relationship _____

District _____   When _____   Case number, if known _____

| | | |
|---|---|---|
| **11.** **Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ■ | Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ | A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>                              Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

<hr>

███ **Statistical and administrative information**

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | |
|---|---|---|---|
| **14.** **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **JT Masonry & Landscaping Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **JT Masonry & Landscaping Inc.**                                    Case number (*if known*) _____
              Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2025**
                        MM / DD / YYYY

X **/s/ Alfred Debatto**                                         **Alfred Debatto**
    Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Heath S. Berger**                          Date **August 21, 2025**
    Signature of attorney for debtor                        MM / DD / YYYY

**Heath S. Berger**
Printed name

**BFSNG LAW GROUP, LLP**
Firm name

**6851 Jericho Turnpike**
**Suite 250**
**Syosset, NY 11791**
Number, Street, City, State & ZIP Code

Contact phone   **516-747-1136**          Email address   **hberger@bfslawfirm.com**

**hb-7802 NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2025**         X **/s/ Alfred Debatto**
                                            Signature of individual signing on behalf of debtor

                                            **Alfred Debatto**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:   **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Loan Builder Paypal 2211 N. First Street San Jose, CA 95131** | | **Loan** | | | | **$12,955.49** |

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:    **Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................................  $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................  $ _____ 1,323,311.05

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................  $ _____ 1,323,311.05

Part 2:    **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $ _____ 3,708,414.80

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................  +$ _____ 12,955.49

4.  **Total liabilities** ...........................................................................................................................
    Lines 2 + 3a + 3b

    $ _____ 3,721,370.29

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Citizens Bank (negative balance of $7,854.04)** | **Checking account** | **3347** | $0.00 |
| 3.2. **Citizens Bank (negative balance of $13,401.93)** | **Checking account** | **3304** | $0.00 |
| 3.3. **Citizens Bank (negative balance of $10,768.00)** | **Checking account** | **3398** | $0.00 |
| 3.4. **Citizens Bank** | **Checking account** | **3136** | $375,500.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $375,500.00 |
|---|

### Part 2:    Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor    **JT Masonry & Landscaping Inc.**                              Case number *(If known)* _____
Name

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:           **511,211.05**    -    **100,000.00**    =....    **$411,211.05**
face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                        **$411,211.05**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment & supplies | **$0.00** | **Liquidation** | **$15,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

Debtor  **JT Masonry & Landscaping Inc.**  Case number *(If known)* _____
  Name

| 43. | **Total of Part 7.** | $15,000.00 |
|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☑ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2022 Chevrolet 2500 Truck**<br>**53,000 miles** | $0.00 | Debtors estimate | $30,000.00 |
| 47.2. **2021 Cadillac Escalade**<br>**22,000 miles** | $0.00 | Debtors estimate | $41,000.00 |
| 47.3. **2024 Dodge Ram 1500 Truck-Leased**<br>**15,706 miles** | $0.00 | | $0.00 |
| 47.4. **2024 Dodge Ram 1500 Truck-Leased**<br>**22,000 miles** | $0.00 | | $0.00 |
| 47.5. **2021 Western Star Truck**<br>**61,204 miles** | $0.00 | Debtors estimate | $30,000.00 |
| 47.6. **2020 Western Star Truck**<br>**74,852 miles** | $0.00 | Debtors estimate | $35,000.00 |
| 47.7. **2000 International Truck**<br>**180,061 miles** | $0.00 | Debtors estimate | $7,000.00 |
| 47.8. **2007 Dodge 2500 Truck**<br>**259,719 miles** | $0.00 | Debtors estimate | $3,000.00 |
| 47.9. **1999 International Truck**<br>**155,000 miles** | $0.00 | Debtors estimate | $6,000.00 |
| 47.10.  **2022 Dodge Ram 2500 Truck**<br>**8,000 miles** | $0.00 | Debtors estimate | $22,100.00 |

Debtor      **JT Masonry & Landscaping Inc.**                    Case number *(If known)* _____
            Name

| | | | | |
|---|---|---|---|---|
| 47.11 · | **2023 Dodge 5500 Truck**<br>**6,000 miles** | $0.00 | Debtors estimate | $43,000.00 |
| 47.12 · | **2018 Chevrolet 2500 Truck**<br>**114,551 miles** | $0.00 | Debtors estimate | $11,000.00 |
| 47.13 · | **2019 Ford F350 Dump Truck**<br>**58,253 miles** | $0.00 | Debtors estimate | $15,000.00 |
| 47.14 · | **2018 Ford F550 Truck**<br>**79,649 miles** | $0.00 | Debtors estimate | $18,000.00 |
| 47.15 · | **2020 Ford F350 Pickup Truck**<br>**86,124 miles** | $0.00 | Debtors estimate | $18,000.00 |
| 47.16 · | **2004 Ford F350 Truck**<br>**187,514 miles** | $0.00 | Debtors estimate | $2,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1. | **2024 Homemade enclosed trailer**<br>**NYA659760** | $0.00 | Debtors estimate | $1,000.00 |
| 48.2. | **1996 Cleveland Trailer** | $0.00 | Debtors estimate | $5,000.00 |
| 48.3. | **2002 Doolittle Trailer** | $0.00 | Debtors estimate | $3,000.00 |
| 48.4. | **2003 Cronkhite Trailer** | $0.00 | Debtors estimate | $3,000.00 |
| 48.5. | **2021 Homemade Trailer** | $0.00 | Debtors estimate | $5,000.00 |
| 48.6. | **2018 Homemade Trailer** | $0.00 | Debtors estimate | $3,000.00 |
| 48.7. | **2019 Homemade Trailer** | $0.00 | Debtors estimate | $3,000.00 |
| 48.8. | **2022 Homemade Trailer** | $0.00 | Debtors estimate | $12,000.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm**
       **machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | **Cat 930** | $0.00 | Liquidation | $8,000.00 |
| | **2020 Pro Tech SP14L 14' Loader Pusher &**<br>**1987 Dresser 530 Wheel Loader**<br>**3470544U004167** | $0.00 | Liquidation | $9,500.00 |

Debtor  **JT Masonry & Landscaping Inc.** _____ Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **1991 John Deere 544E Wheel Loader DW544EB533991, 2021 Protech SP14L 14' Loader Pusher 57501 & 2021 Portech SP14L 14' Loader Pusher 57502** | $0.00 | Liquidation | $27,000.00 |
| **Bobcat S650 Skid Steer Loaders S/N B5FE13309 , Bobcat S650 Skid Steer Loaders S/N B5FE13358 &  Bobcat S76 Skid Steer Loaders-Leased** | $0.00 | | $0.00 |
| **John Deere 280 Skid Steer, Cubic Yard Mixers, Kam PC35 Exacavtor,  Halla HA380 E Loader, Cat 950 Loader, 1988 Dresser 540 Loader, 1989 Dresser 530 Loader, 1989 Dreser 530 Loader, 1987 Dresser 530 Loader, 1991 Dresser 530 Loader, Three 8' Western Plow/Pusher, Two 10' Hiniker Plow/Pushers, Electric Snow Dog 1.5Y Sander, Two Snow Dog 4Y Sanders, Two Salt Dogg 2Y Sanders, Two Buyers 2Y Sanders, Hiniker 2Y Sander, 72" Exmark Mower, 60" Exmark Mower & 42" Wright Stander Mower** | $0.00 | Liquidation | $72,000.00 |
| **72' Exmark Mower** | $0.00 | Liquidation | $13,500.00 |
| **72' Hustler Mower** | $0.00 | Liquidation | $10,000.00 |
| **72' Toro Mower** | $0.00 | Liquidation | $14,500.00 |
| **42' Wright Sander Mower** | $0.00 | Liquidation | $5,000.00 |
| **Cat 303.2 Exacavtor** | $0.00 | Liquidation | $31,000.00 |
| **Cat 289D3 Skid Steer** | $0.00 | Liquidation | $14,500.00 |

51.  **Total of Part 8.**

$$\boxed{\$521,600.00}$$

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Debtor   **JT Masonry & Landscaping Inc.**                              Case number *(If known)* _____
         Name

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No. Go to Part 12.
   ☐ Yes Fill in the information below.

---

Debtor    **JT Masonry & Landscaping Inc.**
          _____
          Name

Case number _(If known)_ _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $375,500.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $411,211.05 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $521,600.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,323,311.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,323,311.05 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>JT Masonry & Landscaping Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **1st Alliance Group Inc**
Creditor's Name

**2885 NE 191st Street**
**Suite 500**
**Miami, FL 33180**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**UCC-1/MCA**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$12,250.00**
Column B: **Unknown**

---

**2.2**   **Ally Financial Services**
Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4887**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2019 Ford F350 Dump Truck**
**58,253 miles**

**Describe the lien**
**Truck Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$33,523.00**
Column B: **$15,000.00**

---

| Debtor | **JT Masonry & Landscaping Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **Ally Financial Services** | Describe debtor's property that is subject to a lien | $12,769.00 | $18,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

**2020 Ford F350 Pickup Truck**
**86,124 miles**

Describe the lien

**Truck Loan**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4909**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $27,695.33 | $31,000.00 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**

Creditor's mailing address

**Cat 303.2 Exacavtor**

Describe the lien

**Equipment Loan**

**Is the creditor an insider or related party?**

- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3839**

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 | **Caterpillar Financial Services Corp** | Describe debtor's property that is subject to a lien | $41,751.80 | $14,500.00 |
|---|---|---|---|---|

Creditor's Name

**2120 West End Avenue**
**Nashville, TN 37203**

Creditor's mailing address

**Cat 289D3 Skid Steer**

Describe the lien

**UCC-1**

---

| Debtor | **JT Masonry & Landscaping Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8591**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Daimler Truck Financial Services** | **Describe debtor's property that is subject to a lien** | $45,758.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 901**
**Roanoke, TX 76262**

Creditor's mailing address

**2021 Western Star Truck**
**61,204 miles**

**Describe the lien**
**Truck Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Falcon Equipment Finance** | **Describe debtor's property that is subject to a lien** | $2,910.00 | $8,000.00 |
|---|---|---|---|---|

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**

Creditor's mailing address

**Cat 930**

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Debtor **JT Masonry & Landscaping Inc.**          Case number (if known) _____
_____
Name

---

| 2.8 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $19,000.00 | $1,000.00 |

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**

Creditor's mailing address

**2024 Homemade enclosed trailer NYA659760**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $53,649.00 | $41,000.00 |

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**

Creditor's mailing address

**2021 Cadillac Escalade**
**22,000 miles**

**Describe the lien**
**Truck Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $7,150.07 | $35,000.00 |

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**

Creditor's mailing address

**2020 Western Star Truck**
**74,852 miles**

**Describe the lien**
**Truck Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Debtor **JT Masonry & Landscaping Inc.**          Case number (if known) _____
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 1** | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $55,800.00 | $22,100.00 |

Creditor's Name

**28-11th Avenue
Suite 103
Saint Cloud, MN 56301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2022 Dodge Ram 2500 Truck
8,000 miles**

**Describe the lien**
**Truck Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 2** | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $93,264.00 | $43,000.00 |

Creditor's Name

**28-11th Avenue
Suite 103
Saint Cloud, MN 56301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2023 Dodge 5500 Truck
6,000 miles**

**Describe the lien**
**Truck Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.1 3** | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $24,970.00 | $12,000.00 |

Debtor  **JT Masonry & Landscaping Inc.**
_____
Name

Case number (if known) _____

---

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Homemade Trailer**

**Describe the lien**
**Trailer Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $16,450.00 | $13,500.00 |
|---|---|---|---|---|

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**72' Exmark Mower**

**Describe the lien**
**Equipment Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $12,590.00 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**72' Hustler Mower**

**Describe the lien**
**Equipment Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

Debtor **JT Masonry & Landscaping Inc.**                    Case number (if known) _____
             Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 6 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $18,500.00 | $14,500.00 |
|---|---|---|---|---|

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**
Creditor's mailing address

**72' Toro Mower**

Describe the lien
**Equipment Loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | **Falcon Equipment Finance** | Describe debtor's property that is subject to a lien | $8,350.00 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**
Creditor's mailing address

**42' Wright Sander Mower**

Describe the lien
**Equipment Loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | **Falcon Equipment Finance a Division of** | Describe debtor's property that is subject to a lien | $37,768.00 | $27,000.00 |
|---|---|---|---|---|

Debtor  **JT Masonry & Landscaping Inc.**        Case number (if known) _____
     Name

| Creditor's Name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **Falcon National Bank**<br>**28-11th Avenue**<br>**Suite 103**<br>**Saint Cloud, MN 56301** | **1991 John Deere 544E Wheel Loader**<br>**DW544EB533991, 2021 Protech SP14L 14'**<br>**Loader Pusher 57501 & 2021 Portech SP14L**<br>**14' Loader Pusher 57502** | | |

Creditor's mailing address

Describe the lien
**UCC-1**
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.19 | **Falcon Leasing  a Division of** | Describe debtor's property that is subject to a lien | **$10,000.00** | **$9,500.00** |
|---|---|---|---|---|

Creditor's Name
**Falcon National Bank**
**28-11th Avenue**
**Suite 103**
**Saint Cloud, MN 56301**

Creditor's mailing address

**2020 Pro Tech SP14L 14' Loader Pusher &**
**1987 Dresser 530 Wheel Loader**
**3470544U004167**

Describe the lien
**UCC-1**
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.20 | **Forward Financial** | Describe debtor's property that is subject to a lien | **$53,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**53 State Street**
**20th Floor**
**Boston, MA 02109**

Creditor's mailing address

**All assets**

Describe the lien
**UCC-1/MCA**
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

Debtor  **JT Masonry & Landscaping Inc.**

Case number (*if known*) _____

Name

**7/25**

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.2 1 | **Idea 247 Inc** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All assets**

$19,000.00    Unknown

**200 SE 1st Street
Suite 703
Miami, FL 33131**

Creditor's mailing address

**Describe the lien**
**UCC-1/MCA**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**4/23**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.2 2 | **Ilend Advance** | | |
|---|---|---|---|
| | Creditor's Name | | |

Describe debtor's property that is subject to a lien
**All assets**

$74,500.00    Unknown

**333 Pearsell Avenue
Cedarhurst, NY 11516**

Creditor's mailing address

**Describe the lien**
**UCC-1/MCA**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**7/25**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.2 3 | **IOU Financial** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

$305,000.00    Unknown

---

Debtor **JT Masonry & Landscaping Inc.**
          Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | |
| **600 TownPark Lane** | **All assets** |
| **Suite 100** | |
| **Kennesaw, GA 30144** | |
| Creditor's mailing address | **Describe the lien** |
| | **UCC-1/MCA** |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/25**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 4 | **JPMorgan Chase Bank** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**1111 Polaris Parkway**
**Columbus, OH 43240**
Creditor's mailing address

**Describe the lien**
**UCC-1/Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 5 | **Kapitus** | Describe debtor's property that is subject to a lien | **$226,228.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **All assets** | | |

**120 West 45th Street**
**New York, NY 10036**
Creditor's mailing address

**Describe the lien**
**UCC-1/MCA**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/24**
**Last 4 digits of account number**

---

Debtor **JT Masonry & Landscaping Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.2 6**

**Kapitus**

Creditor's Name

**120 West 45th Street
New York, NY 10036**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**5/24**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**All assets**

_____

Describe the lien

**UCC-1/MCA**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$124,900.00    Unknown

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.2 7**

**SBA**

Creditor's Name

**409 3rd Street SW
Washington, DC 20416**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**2020**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**All assets**

_____

Describe the lien

**UCC-1/Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$8,356.00    Unknown

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.2 8**

**SBA**

Creditor's Name

**409 3rd Street SW
Washington, DC 20416**

Creditor's mailing address

Describe debtor's property that is subject to a lien

**All assets**

_____

Describe the lien

$1,787,000.00    Unknown

---

Debtor  **JT Masonry & Landscaping Inc.**
       ────────────────────────────────────                Case number (*if known*) _____
       Name

|  | **UCC-1/Loan** |
|--|--|
|  | **Is the creditor an insider or related party?** |
|  | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2020** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|--|--|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
|  | ☐ Unliquidated |
|  | ■ Disputed |

---

| 2.2 9 | **Shine Capital Group** | Describe debtor's property that is subject to a lien | **$420,000.00** | **Unknown** |
|--|--|--|--|--|
|  | Creditor's Name | **All assets** |  |  |
|  | **124 Grove Avenue** |  |  |  |
|  | **Cedarhurst, NY 11516** |  |  |  |
|  | Creditor's mailing address | Describe the lien |  |  |
|  |  | **UCC-1/MCA** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ☐ No |  |  |
|  | **7/25** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|--|--|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
|  | ☐ Unliquidated |
|  | ■ Disputed |

---

| 2.3 0 | **Truist Bank** | Describe debtor's property that is subject to a lien | **$35,133.60** | **$30,000.00** |
|--|--|--|--|--|
|  | Creditor's Name | **2022 Chevrolet 2500 Truck** |  |  |
|  |  | **53,000 miles** |  |  |
|  | **PO Box 26149** |  |  |  |
|  | **Richmond, VA 23260** |  |  |  |
|  | Creditor's mailing address | Describe the lien |  |  |
|  |  | **Truck Loan** |  |  |
|  |  | **Is the creditor an insider or related party?** |  |  |
|  |  | ■ No |  |  |
|  | Creditor's email address, if known | ☐ Yes |  |  |
|  |  | **Is anyone else liable on this claim?** |  |  |
|  | **Date debt was incurred** | ■ No |  |  |
|  |  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
|  | **Last 4 digits of account number** |  |  |  |
|  | **1001** |  |  |  |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|--|--|
|  | Check all that apply |

---

Debtor    **JT Masonry & Landscaping Inc.**
           _____    Case number (if known) _____
           Name

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Vox Funding** | Describe debtor's property that is subject to a lien | $50,000.00 | Unknown |

Creditor's Name

**100 Park Avenue
30th Floor
New York, NY 10017**
Creditor's mailing address

**All assets**

Describe the lien
**UCC-1/MCA**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred
4/24**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

---

| 2.3 2 | **Wellen Capital** | Describe debtor's property that is subject to a lien | $71,149.00 | Unknown |

Creditor's Name

**872 S. Milwaukee Avenue
#289
Libertyville, IL 60048**
Creditor's mailing address

**All assets**

Describe the lien
**UCC-1/MCA**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred
1/25**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$3,708,414.80** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    **JT Masonry & Landscaping Inc.**
_____
Name

Case number (if known) _____

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| **SBA: Disaster Covid EIDL Loans**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | Line __2.27__ | |
| **SBA: Disaster Covid EIDL Loans**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155** | | Line __2.28__ | |
| **Small Business Administration**<br>**801 Tom Martin Drive**<br>**Suite 120**<br>**Birmingham, AL 32511** | | Line __2.27__ | |
| **Small Business Administration**<br>**801 Tom Martin Drive**<br>**Suite 120**<br>**Birmingham, AL 32511** | | Line __2.28__ | |
| **U.S. Small Business Administration**<br>**PO Box 156059**<br>**Fort Worth, TX 76155** | | Line __2.27__ | |
| **U.S. Small Business Administration**<br>**PO Box 156059**<br>**Fort Worth, TX 76155** | | Line __2.28__ | |

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,955.49** |
|---|---|---|---|

**Loan Builder Paypal**
**2211 N. First Street**
**San Jose, CA 95131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **0270**

Basis for the claim:   **Loan**

Is the claim subject to offset? ■ No ☐ Yes

### Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. | + $ | **12,955.49** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **12,955.49** |

---

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Yard located at 1458 Old Country Road, Plainview, NY 11803** | |
| State the term remaining | **Year to Year Lease** | |
| List the contract number of any government contract | _____ | **Jon Deutsch 2365 Elk Court Bellmore, NY 11710** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **2024 Dodge Ram 1500 Truck $589.00 monthly payment Account no.: XXXX3566** | |
| State the term remaining | | |
| List the contract number of any government contract | _____ | **Stellantis Financial Services PO Box 1730 Buffalo, NY 14231** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **2024 Dodge Ram 1500 Truck $650.82 monthly payment Account no.: XXXX2021** | |
| State the term remaining | | |
| List the contract number of any government contract | _____ | **Stellantis Financial Services PO Box 1730 Buffalo, NY 14231** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Yard located at 139 W. Cherry Street, Hicksville, NY 11801** | |
| State the term remaining | **4/25-3/27** | |
| List the contract number of any government contract | _____ | **Team139 LLC 75 Sackett Street Hicksville, NY 11801** |

---

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 2

| Debtor 1 | **JT Masonry & Landscaping Inc.** | | Case number *(if known)* | |
| | First Name    Middle Name    Last Name | | | |

## ■ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Bobcat S650 Skid Steer Loaders S/N B5FE13309 , Bobcat S650 Skid Steer Loaders S/N B5FE13358 &  Bobcat S76 Skid Steer Loaders; $5,132.06 monthly payment** | |
| | State the term remaining | | **Wells Fargo Vendor Financial Svcs LLC PO Box 563801 Charlotte, NC 28256** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: **Codebtor***                                 *Column 2: **Creditor***

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alfred Debatto** | **121 Coach Lane** <br> **Levittown, NY 11756** | **1st Alliance Group Inc** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Alfred Debatto** | **121 Coach Lane** <br> **Levittown, NY 11756** | **Forward Financial** | ■ D __2.20__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Alfred Debatto** | **121 Coach Lane** <br> **Levittown, NY 11756** | **Idea 247 Inc** | ■ D __2.21__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Alfred Debatto** | **121 Coach Lane** <br> **Levittown, NY 11756** | **Ilend Advance** | ■ D __2.22__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Alfred Debatto** | **121 Coach Lane** <br> **Levittown, NY 11756** | **IOU Financial** | ■ D __2.23__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **JT Masonry & Landscaping Inc.**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Alfred Debatto** | **121 Coach Lane**<br>**Levittown, NY 11756** | **Kapitus** | ■ D  __2.25__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Alfred Debatto** | **121 Coach Lane**<br>**Levittown, NY 11756** | **Kapitus** | ■ D  __2.26__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Alfred Debatto** | **121 Coach Lane**<br>**Levittown, NY 11756** | **Shine Capital Group** | ■ D  __2.29__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Alfred Debatto** | **121 Coach Lane**<br>**Levittown, NY 11756** | **Vox Funding** | ■ D  __2.31__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Alfred Debatto** | **121 Coach Lane**<br>**Levittown, NY 11756** | **Wellen Capital** | ■ D  __2.32__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Justin Bristoll** | **6 Return Lane**<br>**Levittown, NY 11756** | **1st Alliance Group Inc** | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Justin Bristoll** | **6 Return Lane**<br>**Levittown, NY 11756** | **Forward Financial** | ■ D  __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Justin Bristoll** | **6 Return Lane**<br>**Levittown, NY 11756** | **Idea 247 Inc** | ■ D  __2.21__<br>☐ E/F ____<br>☐ G ____ |

Debtor    **JT Masonry & Landscaping Inc.** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                               *Column 2:* **Creditor**

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **Ilend Advance** | ■ D  **2.22**<br>☐ E/F ____<br>☐ G ____ | |
| 2.15 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **IOU Financial** | ■ D  **2.23**<br>☐ E/F ____<br>☐ G ____ | |
| 2.16 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **Kapitus** | ■ D  **2.25**<br>☐ E/F ____<br>☐ G ____ | |
| 2.17 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **Kapitus** | ■ D  **2.26**<br>☐ E/F ____<br>☐ G ____ | |
| 2.18 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **Shine Capital Group** | ■ D  **2.29**<br>☐ E/F ____<br>☐ G ____ | |
| 2.19 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **Vox Funding** | ■ D  **2.31**<br>☐ E/F ____<br>☐ G ____ | |
| 2.20 | **Justin Bristoll** | 6 Return Lane<br>Levittown, NY 11756 | **Wellen Capital** | ■ D  **2.32**<br>☐ E/F ____<br>☐ G ____ | |

**Fill in this information to identify the case:**

Debtor name    **JT Masonry & Landscaping Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business <br> ☐ Other _____ | **$2,216,130.52** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business <br> ☐ Other _____ | **$3,503,776.11** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business <br> ☐ Other _____ | **$3,650,309.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **JT Masonry & Landscaping Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Truist Bank** PO Box 26149 Richmond, VA 23260 | **$1,036.16 monthly payment** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. **Falcon Equipment Finance** 28-11th Avenue Suite 103 Saint Cloud, MN 56301 | **$1,141.48 monthly payment** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. **Stellantis Financial Services** PO Box 1730 Buffalo, NY 14231 | **$589.00 monthly payment** | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ Truck lease _ |
| 3.4. **Stellantis Financial Services** PO Box 1730 Buffalo, NY 14231 | **$650.82 monthly payment** | **$0.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other_ Truck lease _ |
| 3.5. **Daimler Chrysler Financial Services** PO Box 551080 Jacksonville, FL 32255 | **$2,399.67 monthly payment** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.6. **Falcon Equipment Finance** 28-11th Avenue Suite 103 Saint Cloud, MN 56301 | **$1,989.51 monthly payment** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.7. **Falcon Equipment Finance** 28-11th Avenue Suite 103 Saint Cloud, MN 56301 | **$1,015.79 monthly payment** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.8. **Falcon Equipment Finance** 28-11th Avenue Suite 103 Saint Cloud, MN 56301 | **$1,227.16 monthly payment** | **$0.00** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

Debtor __JT Masonry & Landscaping Inc.__  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Ally Financial Services** <br> **PO Box 380902** <br> **Bloomington, MN 55438-0902** | **$930.00 monthly payment** | **$0.00** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.10. **Ally Financial Services** <br> **PO Box 380902** <br> **Bloomington, MN 55438-0902** | **$769.00 monthly payment** | **$0.00** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |
| 3.11. **Falcon Equipment Finance** <br> **28-11th Avenue** <br> **Suite 103** <br> **Saint Cloud, MN 56301** | **$509.67 monthly payment** | **$0.00** | ■ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | JT Masonry & Landscaping Inc. | | Case number (if known) | |
|---|---|---|---|---|

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BFSNG Law Group, LLP<br>& Goodman, LLP<br>6851 Jericho Turnpike<br>Suite 250<br>Syosset, NY 11791** | **$20,000.00 plus $1,738.00 filing fee** | **$5,000.00 paid on 8/7/25<br>$16,738.00 paid on 8/21/25** | **$21,738.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

| Debtor | JT Masonry & Landscaping Inc. | | Case number *(if known)* | |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    __JT Masonry & Landscaping Inc._____    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | JT Masonry & Landscaping Inc. | | Case number *(if known)* | |

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Alfonso J. Mollica CPA P.C.** <br> **96 Gardiners Avenue** <br> **Levittown, NY 11756** | **2014 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    __JT Masonry & Landscaping Inc._____    Case number *(if known)* _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Alfred Debatto | 121 Coach Lane Levittown, NY 11756 | President | 59% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Justin Bristoll | 6 Return Lane Levittown, NY 11756 | Vice President | 41% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☒ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☒ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☒ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **JT Masonry & Landscaping Inc.** _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 21, 2025** _____

**/s/ Alfred Debatto** _____        **Alfred Debatto** _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of New York

In re **JT Masonry & Landscaping Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alfred Debatto**<br>**121 Coach Lane**<br>**Levittown, NY 11756** | | **59** | **Equity** |
| **Justin Bristoll**<br>**6 Return Lane**<br>**Levittown, NY 11756** | | **41** | **Equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 21, 2025**

Signature **/s/ Alfred Debatto**

**Alfred Debatto**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of New York

In re   **JT Masonry & Landscaping Inc.** _____     Case No. _____

_____ Debtor(s)     Chapter   **11** _____

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **August 21, 2025** _____     **/s/ Alfred Debatto** _____

**Alfred Debatto**/**President**
Signer/Title

Date:   **August 21, 2025** _____     **/s/ Heath S. Berger** _____

Signature of Attorney
**Heath S. Berger**
**BFSNG LAW GROUP, LLP**
**6851 Jericho Turnpike**
**Suite 250**
**Syosset, NY 11791**
**516-747-1136**

USBC-44                                                                                                          Rev. 9/17/98

1st Alliance Group Inc
2885 NE 191st Street
Suite 500
Miami FL 33180


Ally Financial Services
PO Box 380902
Bloomington MN 55438-0902


Ally Financial Services
PO Box 380902
Bloomington MN 55438-0902


Caterpillar Financial Services Corp
2120 West End Avenue
Nashville TN 37203


Caterpillar Financial Services Corp
2120 West End Avenue
Nashville TN 37203


Daimler Truck Financial Services
PO Box 901
Roanoke TX 76262


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301

Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Equipment Finance a Division of
Falcon National Bank
28-11th Avenue
Suite 103
Saint Cloud MN 56301


Falcon Leasing  a Division of
Falcon National Bank
28-11th Avenue
Suite 103
Saint Cloud MN 56301

Forward Financial
53 State Street
20th Floor
Boston MA 02109


Idea 247 Inc
200 SE 1st Street
Suite 703
Miami FL 33131


Ilend Advance
333 Pearsell Avenue
Cedarhurst NY 11516


IOU Financial
600 TownPark Lane
Suite 100
Kennesaw GA 30144


Jon Deutsch
2365 Elk Court
Bellmore NY 11710


JPMorgan Chase Bank
1111 Polaris Parkway
Columbus OH 43240


Kapitus
120 West 45th Street
New York NY 10036


Kapitus
120 West 45th Street
New York NY 10036


Loan Builder Paypal
2211 N. First Street
San Jose CA 95131


SBA
409 3rd Street SW
Washington DC 20416

SBA
409 3rd Street SW
Washington DC 20416


SBA: Disaster Covid EIDL Loans
14925 Kingsport Road
Fort Worth TX 76155


SBA: Disaster Covid EIDL Loans
14925 Kingsport Road
Fort Worth TX 76155


Shine Capital Group
124 Grove Avenue
Cedarhurst NY 11516


Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham AL 32511


Small Business Administration
801 Tom Martin Drive
Suite 120
Birmingham AL 32511


Stellantis Financial Services
PO Box 1730
Buffalo NY 14231


Stellantis Financial Services
PO Box 1730
Buffalo NY 14231


Team139 LLC
75 Sackett Street
Hicksville NY 11801


Truist Bank
PO Box 26149
Richmond VA 23260


U.S. Small Business Administration
PO Box 156059
Fort Worth TX 76155

U.S. Small Business Administration
PO Box 156059
Fort Worth TX 76155


Vox Funding
100 Park Avenue
30th Floor
New York NY 10017


Wellen Capital
872 S. Milwaukee Avenue #289
Libertyville IL 60048


Wells Fargo Vendor Financial Svcs LLC
PO Box 563801
Charlotte NC 28256

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  JT Masonry & Landscaping Inc.                **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                            (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____        [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___Y___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.


**/s/ Heath S. Berger**                              _____
**Heath S. Berger**
Signature of Debtor's Attorney                       Signature of Pro Se Debtor/Petitioner
**BFSNG LAW GROUP, LLP**
**6851 Jericho Turnpike**
**Suite 250**                                        _____
**Syosset, NY 11791**
**516-747-1136**                                     Signature of Pro Se Joint Debtor/Petitioner


                                                     _____
                                                     Mailing Address of Debtor/Petitioner

                                                     _____
                                                     City, State, Zip Code

                                                     _____
                                                     Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.