UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

Chapter 11

JT MASONRY & LANDSCAPING INC.

Case No.:

Debtor(s).

------------------------------------------------------------X

### CORPORATE DISCLOSURE STATEMENT PURSUANT TO FBR1073-3

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and

Rule 1073-3 of the Local Rules of Bankruptcy Procedure for the Eastern District of New York,

JT Masonry & Landscaping Inc.(the **"Debtor"**) the above-captioned Debtor and Debtor in

possession, hereby states that there are no corporate equity holders of the Debtor holding

10%or more of the issued and outstanding shares of any class of the Debtor's equity interests.

In addition, (a) the Debtor does not own (directly or indirectly) 10% or more of any class

of a corporation's publicly traded equity interests, (b) the Debtor does not own an interest in

any limited  partnership, (c) the Debtor does not own an interest  in any general partnership,

(d) The Debtor does not own an interest in any corporations or limited liability companies.

Pursuant to 28 U.S.C. §1746, I, the undersigned  President of the Debtor, declare

under penalty of perjury that the foregoing is true and correct to the best of my knowledge,

information, and belief with reliance upon appropriate corporate officers.


Dated: August 21 , 2025                    JT Masonry & Landscaping Inc.


_____
Alfred Debatto
President