# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: admin | Date Created: 8/26/2025 |
| Case: 8−25−73235−ast | Form ID: 309F1 | Total: 53 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | JT Masonry & Landscaping Inc.    96 Gardiners Avenue    Levittown, NY 11756 | |
| aty | Heath S Berger    BFSNG Law Group, LLP    6851 Jericho Turnpike    Suite 250    Syosset, NY 11791 | |
| aty | Mark E Cohen    Mark E. Cohen, ESQ.    BFSNG Law Group LLP    6851 Jericho Turnpike    Suite 250    Syosset, NY 11791 | |
| smg | United States of America    Secretary of the Treasury    15th Street & Pennsylvania Ave. NW    Washington, DC 20220 | |
| smg | NYS Unemployment Insurance    Attn: Insolvency Unit    Bldg. #12, Room 256    Albany, NY 12201 | |
| smg | NYS Department of Taxation & Finance    Bankruptcy Unit    PO Box 5300    Albany, NY 12205 | |
| smg | Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346 | |
| smg | United States Trustee    Office of the United States Trustee    Long Island Federal Courthouse    560 Federal Plaza    Central Islip, NY 11722−4437 | |
| 10557994 | 1st Alliance Group Inc    2885 NE 191st Street    Suite 500    Miami FL 33180 | |
| 10557995 | Ally Financial Services    PO Box 380902    Bloomington MN 55438−0902 | |
| 10557996 | Ally Financial Services    PO Box 380902    Bloomington MN 55438−0902 | |
| 10558338 | BFSNG Law Group, LLP    6851 Jericho Turnpike, Suite 250    Syosset, New York 11791 | |
| 10557997 | Caterpillar Financial Services Corp    2120 West End Avenue    Nashville TN 37203 | |
| 10557998 | Caterpillar Financial Services Corp    2120 West End Avenue    Nashville TN 37203 | |
| 10557999 | Daimler Truck Financial Services    PO Box 901    Roanoke TX 76262 | |
| 10558000 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558001 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558002 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558003 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558004 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558005 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558006 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558007 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558008 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558009 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558010 | Falcon Equipment Finance    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558011 | Falcon Equipment Finance a Division of    Falcon National Bank    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558012 | Falcon Leasing a Division of    Falcon National Bank    28−11th Avenue    Suite 103    Saint Cloud MN 56301 | |
| 10558013 | Forward Financial    53 State Street    20th Floor    Boston MA 02109 | |
| 10558016 | IOU Financial    600 TownPark Lane    Suite 100    Kennesaw GA 30144 | |
| 10558014 | Idea 247 Inc    200 SE 1st Street    Suite 703    Miami FL 33131 | |
| 10558015 | Ilend Advance    333 Pearsell Avenue    Cedarhurst NY 11516 | |
| 10558018 | JPMorgan Chase Bank    1111 Polaris Parkway    Columbus OH 43240 | |
| 10558017 | Jon Deutsch    2365 Elk Court    Bellmore NY 11710 | |
| 10558019 | Kapitus    120 West 45th Street    New York NY 10036 | |
| 10558020 | Kapitus    120 West 45th Street    New York NY 10036 | |
| 10558021 | Loan Builder Paypal    2211 N. First Street    San Jose CA 95131 | |
| 10558022 | SBA    409 3rd Street SW    Washington DC 20416 | |
| 10558023 | SBA    409 3rd Street SW    Washington DC 20416 | |
| 10558024 | SBA: Disaster Covid EIDL Loans    14925 Kingsport Road    Fort Worth TX 76155 | |
| 10558025 | SBA: Disaster Covid EIDL Loans    14925 Kingsport Road    Fort Worth TX 76155 | |
| 10558026 | Shine Capital Group    124 Grove Avenue    Cedarhurst NY 11516 | |
| 10558027 | Small Business Administration    801 Tom Martin Drive    Suite 120    Birmingham AL 32511 | |
| 10558028 | Small Business Administration    801 Tom Martin Drive    Suite 120    Birmingham AL 32511 | |
| 10558029 | Stellantis Financial Services    PO Box 1730    Buffalo NY 14231 | |
| 10558030 | Stellantis Financial Services    PO Box 1730    Buffalo NY 14231 | |
| 10558031 | Team139 LLC    75 Sackett Street    Hicksville NY 11801 | |
| 10558032 | Truist Bank    PO Box 26149    Richmond VA 23260 | |
| 10558033 | U.S. Small Business Administration    PO Box 156059    Fort Worth TX 76155 | |
| 10558034 | U.S. Small Business Administration    PO Box 156059    Fort Worth TX 76155 | |
| 10558035 | Vox Funding    100 Park Avenue    30th Floor    New York NY 10017 | |
| 10558036 | Wellen Capital    872 S. Milwaukee Avenue #289    Libertyville IL 60048 | |
| 10558037 | Wells Fargo Vendor Financial Svcs LLC    PO Box 563801    Charlotte NC 28256 | |

TOTAL: 53