| Exhibit C | | Dec-25 | |
|---|---|---|---|
| Money Received | | | Acct #0480 |
| | | | |
| Date | Reason | | Amount |
| 12/31/2025 | ATM CHECK DEPOSI | | $13,934.00 |
| 12/22/2025 | ATM CHECK DEPOSI | | $49,523.00 |
| 12/22/2025 | VENMO CASHOUT | | $868.00 |
| 12/15/2025 | ATM CHECK DEPOSI | | $9,150.00 |
| 12/15/2025 | VENMO CASHOUT | | $500.00 |
| 12/12/2025 | VENMO CASHOUT | | $875.00 |
| 12/11/2025 | VENMO CASHOUT | | $1,000.00 |
| 12/11/2025 | VENMO CASHOUT | | $4,000.00 |
| 12/11/2025 | VENMO CASHOUT | | $4,000.00 |
| 12/8/2025 | VISA DDA REF | | $479.19 |
| 12/5/2025 | VENMO CASHOUT | | $4,000.00 |
| 12/4/2025 | ATM CHECK DEPOSI | | $3,700.00 |
| 12/4/2025 | VENMO CASHOUT | | $1,561.00 |
| 12/4/2025 | VENMO CASHOUT | | $4,000.00 |
| 12/4/2025 | VENMO CASHOUT | | $4,000.00 |
| 12/4/2025 | VENMO CASHOUT | | $4,000.00 |
| 12/3/2025 | VENMO CASHOUT | | $1,648.00 |
| | | | |
| Money Received | | | Acct #0711 |
| | | | |
| 12/31/2025 | ATM CASH DEPOSIT | | $400.00 |
| 12/30/2025 | ATM CASH DEPOSIT | | $400.00 |
| 12/23/2025 | ATM CASH DEPOSIT | | $300.00 |
| 12/23/2025 | ATM CHECK DEPOSI | | $4,058.02 |
| 12/19/2025 | ATM CHECK DEPOSI | | $2,554.48 |
| 12/15/2025 | ATM CHECK DEPOSI | | $2,015.59 |
| 12/15/2025 | ATM CASH DEPOSIT | | $4,000.00 |
| 12/9/2025 | ATM CHECK DEPOSI | | $12,630.21 |
| 12/8/2025 | ATM CASH DEPOSIT | | $2,000.00 |
| 12/5/2025 | ATM CASH DEPOSIT | | $3,400.00 |

EXHIBIT D

| Account # 0480 | | Date- Dec 2025 | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| 12/31/2025 | VENMO PAYMENT | Materials | ($211.41) |
| 12/31/2025 | CHECK Inclearing | Employee Jose | ($400.00) |
| 12/31/2025 | CHECK Inclearing | Employee Irvin | ($400.00) |
| 12/26/2025 | ACCOUNT SERVICES CASH TRANS | Truck Loan | ($1,989.51) |
| 12/24/2025 | CHECK Inclearing | Trustee Payment | ($94.39) |
| 12/24/2025 | POD CHECK | Employee Fredy | ($744.60) |
| 12/24/2025 | BARCLAYCARD US CREDITCARD | Materials | ($2,500.00) |
| 12/24/2025 | CHECK Inclearing | Empire Mechanic | ($3,727.70) |
| 12/23/2025 | NYS DTF WT TAX PAYMNT | Payroll Tax | ($276.23) |
| 12/23/2025 | VISA DDA PUR AP | Materials | ($434.50) |
| 12/23/2025 | CHECK Inclearing | Employee Rudy | ($480.00) |
| 12/23/2025 | CHECK Inclearing | Employee Ulisses | ($600.00) |
| 12/23/2025 | PAYROLLTAX TAX DEBIT | Payroll Tax | ($1,706.09) |
| 12/22/2025 | PAYPAL INST XFER | Materials | ($5.99) |
| 12/22/2025 | CHECK Inclearing | Employee Jorge | ($400.00) |
| 12/22/2025 | CHECK Inclearing | Employee Jose | ($400.00) |
| 12/22/2025 | POD CHECK | Employee Matias | ($480.00) |
| 12/22/2025 | CHECK Inclearing | Employee Rudy | ($480.00) |
| 12/22/2025 | BARCLAYCARD US CREDITCARD | Materials | ($737.22) |
| 12/22/2025 | CHECK Inclearing | Employee Irvin | ($744.60) |
| 12/22/2025 | BARCLAYCARD US CREDITCARD | Materials | ($3,535.75) |
| 12/19/2025 | POD CHECK | Employee Matias | ($480.00) |
| 12/19/2025 | CHECK Inclearing | HO Pen Equipment Loan | ($1,218.57) |
| 12/19/2025 | CHECK Inclearing | HO Pen Equipment Loan | ($1,434.62) |
| 12/19/2025 | CHECK Inclearing | Justin Bristoll | ($4,200.00) |
| 12/18/2025 | PAYPAL INST XFER | Materials | ($33.17) |
| 12/18/2025 | VENMO PAYMENT | Materials | ($427.00) |
| 12/18/2025 | BARCLAYCARD US CREDITCARD | Materials | ($700.58) |
| 12/18/2025 | CHECK Inclearing | GA Castro Sub | ($1,500.00) |
| 12/18/2025 | BARCLAYCARD US CREDITCARD | Materials | ($2,802.86) |

| Date | Description | Category | Amount |
|---|---|---|---|
| 12/18/2025 | CHASE CREDIT CRD EPAY | Materials | ($4,424.12) |
| 12/18/2025 | DISCOVER E-PAYMENT | Materials | ($6,000.00) |
| 12/17/2025 | CHECK Inclearing | Employee Ulisses | ($600.00) |
| 12/17/2025 | STELLANTIS-LEASE LEASE PMT | Truck Loan | ($650.82) |
| 12/17/2025 | GEICO PREM COLL | Insurance | ($811.96) |
| 12/16/2025 | PAYPAL INST XFER | Materials | ($7.28) |
| 12/16/2025 | PAYPAL INST XFER | Materials | ($60.67) |
| 12/16/2025 | NYS DTF WT TAX PAYMNT | Payroll Tax | ($276.23) |
| 12/16/2025 | POD CHECK | Employee Fredy | ($480.00) |
| 12/16/2025 | CHECK Inclearing | Pro-Duct Sub | ($1,041.06) |
| 12/16/2025 | PAYROLLTAX TAX DEBIT | Payroll Tax | ($1,706.07) |
| 12/15/2025 | PAYPAL INST XFER | Materials | ($5.00) |
| 12/15/2025 | CHASE CREDIT CRD EPAY | Materials | ($5.99) |
| 12/15/2025 | PAYPAL INST XFER | Materials | ($20.02) |
| 12/15/2025 | VENMO PAYMENT | Materials | ($75.00) |
| 12/15/2025 | CHECK Inclearing | Employee Carlos | ($300.00) |
| 12/15/2025 | PAYPAL INST XFER | Materials | ($350.00) |
| 12/15/2025 | CHECK Inclearing | Employee Irvin | ($400.00) |
| 12/15/2025 | CHECK Inclearing | Employee Jorge | ($400.00) |
| 12/15/2025 | CHECK Inclearing | Employee Jose | ($400.00) |
| 12/15/2025 | POD CHECK | Plumbstar Sub | ($440.00) |
| 12/15/2025 | CHECK Inclearing | Employee Carlos | ($710.00) |
| 12/15/2025 | ERIE INS GROUP ERIEXPSPAY | Insurance | ($1,034.27) |
| 12/15/2025 | ERIE INS GROUP ERIEXPSPAY | Insurance | ($1,041.75) |
| 12/15/2025 | ERIE INS GROUP ERIEXPSPAY | Insurance | ($2,801.03) |
| 12/15/2025 | CHASE CREDIT CRD EPAY | Materials | ($3,341.89) |
| 12/15/2025 | ERIE INS GROUP ERIEXPSPAY | Insurance | ($3,374.91) |
| 12/15/2025 | CHECK Inclearing | Justin Bristoll | ($4,200.00) |
| 12/15/2025 | BARCLAYCARD US CREDITCARD | Materials | ($5,353.20) |
| 12/15/2025 | BARCLAYCARD US CREDITCARD | Materials | ($5,442.13) |
| 12/15/2025 | DISCOVER E-PAYMENT | Materials | ($7,000.00) |
| 12/10/2025 | CHECK Inclearing | Employee Irvin | ($400.00) |
| 12/10/2025 | ACCOUNT SERVICES CASH TRANS | Equipment Loan | ($415.75) |
| 12/9/2025 | NYS DTF WT TAX PAYMNT | Payroll Tax | ($276.23) |

| Date | Type | Payee | Amount |
|---|---|---|---|
| 12/9/2025 | CHECK Inclearing | Employee Rudy | ($480.00) |
| 12/9/2025 | CHECK Inclearing | Employee Ulisses | ($600.00) |
| 12/9/2025 | TRUIST LN 001 OLB PYMT | Truck Loan | ($1,036.16) |
| 12/9/2025 | PAYROLLTAX TAX DEBIT | Payroll Tax | ($1,706.09) |
| 12/9/2025 | CHECK Inclearing | GA Castro Sub | ($3,250.00) |
| 12/8/2025 | CHECK Inclearing | Sunbelt | ($219.97) |
| 12/8/2025 | CHECK Inclearing | Employee Jorge | ($400.00) |
| 12/8/2025 | CHECK Inclearing | Employee Jose | ($400.00) |
| 12/8/2025 | POD CHECK | Employee Matias | ($480.00) |
| 12/8/2025 | POD CHECK | Employee Fredy | ($480.00) |
| 12/8/2025 | VISA DDA PUR AP | Concrete Pump | ($700.00) |
| 12/8/2025 | CHECK Inclearing | Employee Carlos | ($710.00) |
| 12/8/2025 | BARCLAYCARD US CREDITCARD | Materials | ($8,411.85) |
| 12/5/2025 | CHECK Inclearing | Plainview Yard Rent | ($600.00) |
| 12/5/2025 | QUARTERLY FEE PAYMENT | US Trustee | ($750.00) |
| 12/5/2025 | BARCLAYCARD US CREDITCARD | Materials | ($778.55) |
| 12/5/2025 | BARCLAYCARD US CREDITCARD | Materials | ($1,761.92) |
| 12/5/2025 | CHASE CREDIT CRD EPAY | Materials | ($2,922.85) |
| 12/4/2025 | VISA DDA PUR AP | Power Washing | ($434.50) |
| 12/4/2025 | CHECK Inclearing | L.I. Welding Mechanic | ($897.00) |
| 12/4/2025 | CHECK Inclearing | Hicksville Yard rent | ($3,100.00) |
| 12/4/2025 | CHECK Inclearing | Justin Bristoll | ($4,200.00) |
| 12/3/2025 | TRUIST LN 001 OLB PYMT | Truck Loan | ($1,036.16) |
| 12/3/2025 | BARCLAYCARD US CREDITCARD | Materials | ($3,850.94) |
| 12/2/2025 | CHECK Inclearing | Employee Ulisses | ($600.00) |
| 12/2/2025 | WELLS FARGO BANK EFT DEBIT | Equipment Loan | ($1,100.70) |
| 12/2/2025 | WELLS FARGO VEND EFT DEBIT | Equipment Loan | ($2,015.68) |
| 12/1/2025 | STELLANTIS-LEASE LEASE PMT | Truck Loan | ($589.00) |
| 12/1/2025 | BARCLAYCARD US CREDITCARD | Materials | ($689.01) |
| 12/1/2025 | VISA DDA PUR AP | Concrete Pump | ($700.00) |
| 12/1/2025 | POD CHECK | Chris Howard Mechanic | ($1,001.08) |
| 12/1/2025 | BARCLAYCARD US CREDITCARD | Materials | ($1,142.32) |

# EXHIBIT D

## Account # 0711

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 12/31/2025 | VISA DDA PUR AP | Accountant | ($312.50) |
| 12/31/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($427.87) |
| 12/30/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($509.67) |
| 12/29/2025 | VISA DDA PUR AP | Dumping | ($67.27) |
| 12/29/2025 | VISA DDA PUR AP | Fuel | ($97.97) |
| 12/29/2025 | VISA DDA PUR AP | Salt | ($261.00) |
| 12/29/2025 | VISA DDA PUR AP | Dumping | ($374.40) |
| 12/29/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($620.58) |
| 12/29/2025 | FIVE COUNTY TRUCK TIRE | Tire Shop | ($735.30) |
| 12/26/2025 | SERVICECHANNELCOM | Weather Report | ($170.98) |
| 12/26/2025 | CAPITAL ONE MOBILE PMT | Materials | ($305.79) |
| 12/24/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($427.87) |
| 12/23/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($1,015.79) |
| 12/22/2025 | BJ S FUEL | Fuel | ($98.85) |
| 12/22/2025 | EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | Dumping | ($187.20) |
| 12/22/2025 | CAPITAL ONE MOBILE PMT | Materials | ($290.88) |
| 12/22/2025 | POD CHECK  1044 | Employee Mario | ($654.50) |
| 12/22/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($966.49) |
| 12/19/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($595.48) |
| 12/19/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($1,227.16) |
| 12/19/2025 | POD CHECK  1039 | Benimax , Materials | ($2,500.00) |
| 12/18/2025 | CAPITAL ONE MOBILE PMT | Materials | ($324.96) |
| 12/17/2025 | OMNI LANDSCAPE | Salt | ($178.35) |
| 12/17/2025 | 449216 WEATHERWORKS LLC WEATHERWORKSI * NJ | Weather Report | ($1,080.87) |
| 12/16/2025 | 469216 EXXON KINGS 4000 HEMPS FARMINGDALE * NY | Fuel | ($1.51) |
| 12/16/2025 | CAPITAL ONE MOBILE PMT | Materials | ($221.39) |
| 12/16/2025 | 405522 VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | Dumping | ($358.46) |
| 12/16/2025 | 477750 OMNI LANDSCAPE AND GAR 631 756 1125 * NY | Salt | ($3,480.00) |
| 12/15/2025 | 401133 DANIEL F ALLEN CO WESTBURY * NY | Dumping | ($112.95) |
| 12/15/2025 | 401133 DANIEL F ALLEN CO 516 x5711 * NY | Dumping | ($146.84) |
| 12/15/2025 | 401133 DANIEL F ALLEN CO 516 x5711 * NY | Dumping | ($158.14) |

| Date | Description | Category | Amount |
|---|---|---|---|
| 12/15/2025 | 405522 VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | Dumping | ($173.26) |
| 12/15/2025 | 443106 FIVE COUNTY TRUCK TIRE WESTBURY * NY | Tire Shop | ($252.97) |
| 12/15/2025 | 401339 ALFONSO J MOLLICA CPA PC 516 x4991 * NY | Accountant | ($312.50) |
| 12/15/2025 | 401134 LS COSTANZA SUPPLY IN LIGHTSPEEDHQ * NY | Salt | ($401.85) |
| 12/15/2025 | POD CHECK 1042 | Employee Mario | ($654.50) |
| 12/15/2025 | 425137 EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | Dumping | ($936.00) |
| 12/15/2025 | KAPITUS ACHPMT | Loan Payment | ($1,791.95) |
| 12/15/2025 | KAPITUS ACHPMT | Loan Payment | ($3,208.05) |
| 12/12/2025 | 413746 BJ S FUEL 9554 WESTBURY * NY | Fuel | ($72.17) |
| 12/12/2025 | x5901 BP x1423JPA H WEST BABYLON * NY | Fuel | ($124.73) |
| 12/12/2025 | CAPITAL ONE MOBILE PMT | Materials | ($335.60) |
| 12/11/2025 | ACI PAYMENTS INC ACI ALLYFI | Truck Payment | ($604.00) |
| 12/10/2025 | 405522 VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | Dumping | ($72.00) |
| 12/10/2025 | CAPITAL ONE MOBILE PMT | Materials | ($276.33) |
| 12/10/2025 | 425138 LONG ISLAND POWER EQUIPM FARMINGDALE * NY | Equipment Repair | ($551.14) |
| 12/10/2025 | CHECK CASHED 1041 | Michelle DeBatto | ($1,200.00) |
| 12/9/2025 | 469216 LONG ISLAND WELDING WESTBURY * NY | Equipment Repair | ($173.00) |
| 12/9/2025 | CHECK Inclearing 1032 | Empire Mechanic | ($604.50) |
| 12/8/2025 | CAPITAL ONE MOBILE PMT | Materials | ($198.34) |
| 12/8/2025 | CHECK Inclearing 1037 | K&A Tree Sub | ($500.00) |
| 12/8/2025 | 425137 EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | Dumping | ($561.60) |
| 12/8/2025 | POD CHECK 1038 | Employee Mario | ($654.50) |
| 12/8/2025 | 477750 OMNI LANDSCAPE AND GAR 631 756 1125 * NY | Salt | ($3,058.59) |
| 12/5/2025 | 412254 BP x1517BEE MARKET LLC BETHPAGE * NY | Fuel | ($84.01) |
| 12/3/2025 | 480166 A R RECYCLING OF BRENTWO 631 273 3121 * NY | Dumping | ($124.20) |
| 12/2/2025 | CAPITAL ONE MOBILE PMT | Materials | ($258.79) |
| 12/2/2025 | CHECK Inclearing 1031 | Empire Mechanic | ($829.33) |
| 12/2/2025 | ACCNT SERV EBILLPYMTS | Equipment Loan | ($1,105.25) |
| 12/1/2025 | 480166 A R RECYCLING OF BRENTWO 631 273 3121 * NY | Dumping | ($82.80) |
| 12/1/2025 | 480166 A R RECYCLING OF BRENTWO 631 273 3121 * NY | Dumping | ($155.25) |
| 12/1/2025 | CAPITAL ONE MOBILE PMT | Materials | ($188.49) |
| 12/1/2025 | 425137 EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | Dumping | ($374.40) |
| 12/1/2025 | POD CHECK 1033 | Employee Mario | ($654.50) |
| 12/1/2025 | CHECK Inclearing 1035 | Al DeBatto | ($1,000.00) |

| Date | Description | Payee | Amount |
|---|---|---|---|
| 12/1/2025 | CHECK CASHED 1027 | Michelle DeBatto | ($5,000.00) |
| 12/1/2025 | CHECK CASHED 1034 | Al DeBatto | ($8,000.00) |

| Exhibit E | Date- Dec 2025 | | | |
|---|---|---|---|---|
| Unpaid Bills | | | | |
| | | | | |
| Date | Vendor | Purpose | Due Date | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total- | $0.00 |

Case 8-25-73235-ast Doc 53-1 Filed 01/13/26 Entered 01/13/26 14:40:15

Exhibit F

Money Owed — Date - Dec 2025

| Client | Amount | Job Completed |
|---|---|---|
| 311 Littleworth | $110,000.00 | In progress |
| 100 Sunnyhill Drive | $17,900.00 | In progress |
| All Boro | 46,475.00 | Oct-25 |
| BJS | $78,458.65 | 25-Dec |
| Citizens Fraud | $5,200.00 | 25-Sep |
| Edro | $1,500.00 | In Progress |
| C & W Services | $128,498.36 | Nov Dec -25 |
| CPC Pools | $43,500.00 | Aug-25 |
| Manhasset Lakeville Water Dist | $9,730.00 | Nov Dec 25 |
| Massapequa Water District | $5,807.75 | Dec-26 |
| Regal Cinemas | $22,640.53 | Nov Dec 25 |
| SROTB | $33,400.00 | Feb-24 |
| Wanatgh Sewer | $9,600.00 | Nov-25 |
| Willowood Dr | $60,000.00 | In progress |
| Farmington | $60,000.00 | In progress |
| 100 Sunnyhill Drive | $9,500.00 | In progress |
| 9 Pleasant | $12,000.00 | 25-Mar |
| RoundHill | $4,000.00 | In progress |
| All Star | $4,322.00 | 25-Dec |
| Total | 662,532.29 | |