UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                    Chapter 11

JT MASONRY & LANDSCAPING INC.                          Case No.: 25-73235

                                           Debtor
-----------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
COUNTY OF NASSAU      )    ss:

      I, Angelique Filardi, being duly sworn, say: I am not a party to the action, am over 18 years of age and reside on Gerhard Road, Plainview, State of New York.

      On January 13, 2026, deponent served a copy of the **Operating Report – December 2025** by regular mail upon the attorneys/parties listed in the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a post paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

To:    * See Attached Service List *

                                                    _____
                                                    Angelique Filardi

Sworn to me this 13th
day of January, 2025

_____
NOTARY PUBLIC

                HEATH S. BERGER
           Notary Public, State of New York
                 No. 02BE5008879
             Qualified in Suffolk County
         Commission Expires March 1, 20 27

U.S. Trustee
United States Trustee
Long Island Federal Courthouse
560 Federal Plaza – Room 560
Central Islip, New York 11722

William J. Birmingham, Esq.
U.S. Trustee Trial Attorney
Office of the United States Trustee
560 Federal Plaza
Central Islip, New York 11722

AIS Portfolio Services LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Matthew V. Spero, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556

Brett S. Theisen, Esq.
Gibbons P.C.
One Pennsylvania Plaza, Suite 4515
New York, New York 10119

Shamma M. Kaminski, Esq.
Kaminski Law, PLLC
27-01 Queens Plaza North, Suite 802
Long Island City, New York 11101

Alan C. Hochheiser, Esq.
Maurice Wutscher, LLP
23611 Chagrin Boulevard, Suite 207
Beachwood, OH 44122

Kenneth M. Lewis, Esq.
Whiteford, Taylor & Preston L.P.
444 Madison Avenue, 4th Floor
New York, New York 10022