





T

STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY
121 COACH LN
LEVITTOWN NY 11756

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Dec 01 2025-Dec 31 2025 |
| Cust Ref #: | ### |
| Primary Account #: | 0711 |

## Chapter 11 Checking

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY

Accoı 0711

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 19,103.58 | Average Collected Balance | 3,930.33 |
| Electronic Deposits | 34,093.78 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 22,251.83 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 30,233.79 | Days in Period | 31 |
| Ending Balance | 711.74 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | ATM CASH DEPOSIT, *****04039525534<br>AUT 120525 ATM CASH DEPOSIT<br>145 STEWART AVE BETHPAGE * NY | 3,400.00 |
| 12/08 | ATM CASH DEPOSIT, *****04039525534<br>AUT 120825 ATM CASH DEPOSIT<br>999 OLD COUNTRY RD WESTBURY * NY | 2,000.00 |
| 12/09 | ATM CHECK DEPOSIT, *****04039525534<br>AUT 120925 ATM CHECK DEPOSI<br>145 STEWART AVENUE BETHPAGE * NY | 12,630.21 |
| 12/15 | ATM CASH DEPOSIT, *****04039525534<br>AUT 121425 ATM CASH DEPOSIT<br>145 STEWART AVE BETHPAGE * NY | 4,000.00 |
| 12/15 | ATM CHECK DEPOSIT, *****04039525534<br>AUT 121525 ATM CHECK DEPOSI<br>145 STEWART AVE BETHPAGE * NY | 2,015.59 |
| 12/15 | eTransfer Credit, Online Xfer<br>Transfer from CK 4455950480 | 1,740.00 |
| 12/19 | ATM CHECK DEPOSIT, *****04039525534<br>AUT 121925 ATM CHECK DEPOSI<br>145 STEWART AVENUE BETHPAGE * NY | 2,554.48 |
| 12/22 | ACH RETURNED ITEM, ACCNT SERV EBILLPYMTS 6726875 | 595.48 |
| 12/23 | ATM CHECK DEPOSIT, *****04039525534<br>AUT 122325 ATM CHECK DEPOSI<br>145 STEWART AVE BETHPAGE * NY | 4,058.02 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 711.74 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

### FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

### FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: ###
Primary Account #: ,0711

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/23 | ATM CASH DEPOSIT, *****04039525534<br>AUT 122325 ATM CASH DEPOSIT<br>145 STEWART AVE BETHPAGE * NY | 300.00 |
| 12/30 | ATM CASH DEPOSIT, *****04039525534<br>AUT 123025 ATM CASH DEPOSIT<br>145 STEWART AVE BETHPAGE * NY | 400.00 |
| 12/31 | ATM CASH DEPOSIT, *****04039525534<br>AUT 123125 ATM CASH DEPOSIT<br>2549 HEMPSTEAD TURNPIKE EAST MEADOW * NY | 400.00 |
| | Subtotal: | 34,093.78 |

### Checks Paid

No. Checks: 12 *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/01 | 1027 | 5,000.00 | 12/08 | 1037* | 500.00 |
| 12/02 | 1031* | 829.33 | 12/08 | 1038 | 654.50 |
| 12/09 | 1032 | 604.50 | 12/19 | 1039 | 2,500.00 |
| 12/01 | 1033 | 654.50 | 12/10 | 1041* | 1,200.00 |
| 12/01 | 1034 | 8,000.00 | 12/15 | 1042 | 654.50 |
| 12/01 | 1035 | 1,000.00 | 12/22 | 1044* | 654.50 |
| | | | | Subtotal: | 22,251.83 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | DBCRD PUR AP, *****04039525534, AUT 112825 VISA DDA PUR AP<br>EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | 374.40 |
| 12/01 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA0F10D3BDF1A1D | 188.49 |
| 12/01 | DBCRD PUR AP, *****04039525534, AUT 112825 VISA DDA PUR AP<br>A R RECYCLING OF BRENTWO 631 273 3121 * NY | 155.25 |
| 12/01 | DBCRD PUR AP, *****04039525534, AUT 112925 VISA DDA PUR AP<br>A R RECYCLING OF BRENTWO 631 273 3121 * NY | 82.80 |
| 12/02 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6705698 | 1,105.25 |
| 12/02 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA****FB6627824 | 258.79 |
| 12/03 | DBCRD PUR AP, *****04039525534, AUT 120225 VISA DDA PUR AP<br>A R RECYCLING OF BRENTWO 631 273 3121 * NY | 124.20 |
| 12/05 | DBCRD PUR AP, *****04039525534, AUT 120425 VISA DDA PUR AP<br>BP 9651517BEE MARKET LLC BETHPAGE * NY | 84.01 |
| 12/08 | DBCRD PUR AP, *****04039525534, AUT 120525 VISA DDA PUR AP<br>OMNI LANDSCAPE AND GAR 631 756 1125 * NY | 3,058.59 |
| 12/08 | DBCRD PUR AP, *****04039525534, AUT 120525 VISA DDA PUR AP<br>EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | 561.60 |
| 12/08 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA***C*049E75FF | 198.34 |
| 12/09 | DBCRD PUR AP, *****04039525534, AUT 120825 VISA DDA PUR AP<br>LONG ISLAND WELDING WESTBURY * NY | 173.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender




STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: -###
Primary Account #: 50711

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/10 | DBCRD PUR AP, *****04039525534, AUT 120925 VISA DDA PUR AP LONG ISLAND POWER EQUIPM FARMINGDALE * NY | 551.14 |
| 12/10 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA0D9C993DE7CDB | 276.33 |
| 12/10 | DBCRD PUR AP, *****04039525534, AUT 120925 VISA DDA PUR AP VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | 72.00 |
| 12/11 | ELECTRONIC PMT-TEL, ACI PAYMENTS INC ACI ALLYFI ****76922482 | 604.00 |
| 12/12 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA*FB**E*5F2246 | 335.60 |
| 12/12 | DEBIT POS AP, *****04039525534, AUT 121225 DDA PURCHASE AP BP 9651423JPA H WEST BABYLON * NY | 124.73 |
| 12/12 | DBCRD PUR AP, *****04039525534, AUT 121125 VISA DDA PUR AP BJ S FUEL 9554 WESTBURY * NY | 72.17 |
| 12/15 | CCD DEBIT, KAPITUS ACHPMT B201192 | 3,208.05 |
| 12/15 | CCD DEBIT, KAPITUS ACHPMT B201192 | 1,791.95 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121325 VISA DDA PUR AP EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | 936.00 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121425 VISA DDA PUR AP LS COSTANZA SUPPLY IN LIGHTSPEEDHQ * NY | 401.85 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121225 VISA DDA PUR AP ALFONSO J MOLLICA CPA PC 516 5974991 * NY | 312.50 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121225 VISA DDA PUR AP FIVE COUNTY TRUCK TIRE WESTBURY * NY | 252.97 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121325 VISA DDA PUR AP VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | 173.26 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121325 VISA DDA PUR AP DANIEL F ALLEN CO 516 3335711 * NY | 158.14 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121325 VISA DDA PUR AP DANIEL F ALLEN CO 516 3335711 * NY | 146.84 |
| 12/15 | DBCRD PUR AP, *****04039525534, AUT 121325 VISA DDA PUR AP DANIEL F ALLEN CO WESTBURY * NY | 112.95 |
| 12/16 | DBCRD PUR AP, *****04039525534, AUT 121425 VISA DDA PUR AP OMNI LANDSCAPE AND GAR 631 756 1125 * NY | 3,480.00 |
| 12/16 | DBCRD PUR AP, *****04039525534, AUT 121525 VISA DDA PUR AP VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | 358.46 |
| 12/16 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA0DAE0F0C9D90B | 221.39 |
| 12/16 | DBCRD PUR AP, *****04039525534, AUT 121525 VISA DDA PUR AP EXXON KINGS 4000 HEMPS FARMINGDALE * NY | 1.51 |
| 12/17 | DBCRD PUR AP, *****04039525534, AUT 121625 VISA DDA PUR AP WEATHERWORKS LLC WEATHERWORKSI * NJ | 1,080.87 |
| 12/17 | DBCRD PUR AP, *****04039525534, AUT 121525 VISA DDA PUR AP OMNI LANDSCAPE AND GAR 631 756 1125 * NY | 178.35 |
| 12/18 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA*C***38674C40 | 324.96 |
| 12/19 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6726879 | 1,227.16 |
| 12/19 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6726875 | 595.48 |
| 12/22 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6727953 | 966.49 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: -###
Primary Account #: 0711

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA0FB4CA9546CE8 | 290.88 |
| 12/22 | DBCRD PUR AP, *****04039525534, AUT 121925 VISA DDA PUR AP EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | 187.20 |
| 12/22 | DEBIT POS AP, *****04039525534, AUT 122225 DDA PURCHASE AP BJ S FUEL 9554 6049 BRU WESTBURY * NY | 98.85 |
| 12/23 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6728786 | 1,015.79 |
| 12/24 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6731301 | 427.87 |
| 12/26 | CCD DEBIT, CAPITAL ONE MOBILE PMT CA***E*41B72824 | 305.79 |
| 12/26 | DBCRD PUR AP, *****04039525534, AUT 122425 VISA DDA PUR AP SERVICECHANNELCOM INC 425 446 5815 * SC | 170.98 |
| 12/29 | DBCRD PUR AP, *****04039525534, AUT 122625 VISA DDA PUR AP FIVE COUNTY TRUCK TIRE WESTBURY * NY | 735.30 |
| 12/29 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6734987 | 620.58 |
| 12/29 | DBCRD PUR AP, *****04039525534, AUT 122625 VISA DDA PUR AP EDGEWOOD INDUSTRIES IN 516 474 6358 * NY | 374.40 |
| 12/29 | DBCRD PUR AP, *****04039525534, AUT 122625 VISA DDA PUR AP OMNI LANDSCAPE AND GAR 631 756 1125 * NY | 261.00 |
| 12/29 | DBCRD PUR AP, *****04039525534, AUT 122725 VISA DDA PUR AP KINGS PLAINEDGE SUPER BETHPAGE * NY | 97.97 |
| 12/29 | DBCRD PUR AP, *****04039525534, AUT 122725 VISA DDA PUR AP VIGLIOTTI LANDSCAPE SVC WESTBURY * NY | 67.27 |
| 12/30 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6736049 | 509.67 |
| 12/31 | CCD DEBIT, ACCNT SERV EBILLPYMTS 6737962 | 427.87 |
| 12/31 | DBCRD PUR AP, *****04039525534, AUT 123025 VISA DDA PUR AP ALFONSO J MOLLICA CPA PC 516 5974991 * NY | 312.50 |
| | Subtotal: | 30,233.79 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 19,103.58 | 12/16 | 5,835.49 |
| 12/01 | 3,648.14 | 12/17 | 4,576.27 |
| 12/02 | 1,454.77 | 12/18 | 4,251.31 |
| 12/03 | 1,330.57 | 12/19 | 2,483.15 |
| 12/05 | 4,646.56 | 12/22 | 880.71 |
| 12/08 | 1,673.53 | 12/23 | 4,222.94 |
| 12/09 | 13,526.24 | 12/24 | 3,795.07 |
| 12/10 | 11,426.77 | 12/26 | 3,318.30 |
| 12/11 | 10,822.77 | 12/29 | 1,161.78 |
| 12/12 | 10,290.27 | 12/30 | 1,052.11 |
| 12/15 | 9,896.85 | 12/31 | 711.74 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender






T

STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY
121 COACH LN
LEVITTOWN NY 11756


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: -###
Primary Account #: 0480

## Chapter 11 Checking

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY

Account 0480

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 349,174.88 | Average Collected Balance | 315,569.40 |
| Electronic Deposits | 107,238.19 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 44,573.59 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 91,200.36 | Days in Period | 31 |
| Ending Balance | 320,639.12 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/03 | ACH DEPOSIT, VENMO CASHOUT ****638730193 | 1,648.00 |
| 12/04 | ACH DEPOSIT, VENMO CASHOUT ****667981238 | 4,000.00 |
| 12/04 | ACH DEPOSIT, VENMO CASHOUT ****667977175 | 4,000.00 |
| 12/04 | ACH DEPOSIT, VENMO CASHOUT ****667986931 | 4,000.00 |
| 12/04 | ACH DEPOSIT, VENMO CASHOUT ****667990576 | 1,561.00 |
| 12/04 | ATM CHECK DEPOSIT, *****04039600659<br>AUT 120425 ATM CHECK DEPOSI<br>145 STEWART AVENUE BETHPAGE * NY | 3,700.00 |
| 12/05 | ACH DEPOSIT, VENMO CASHOUT ****682514030 | 4,000.00 |
| 12/08 | DEBIT CARD CREDIT, *****04039600659, AUT 120525 VISA DDA REF<br>KOMATSU AMERICA CORP HOL 631 5637600 * NY | 479.19 |
| 12/11 | ACH DEPOSIT, VENMO CASHOUT ****849872501 | 4,000.00 |
| 12/11 | ACH DEPOSIT, VENMO CASHOUT ****849876575 | 4,000.00 |
| 12/11 | ACH DEPOSIT, VENMO CASHOUT ****849878410 | 1,000.00 |
| 12/12 | ACH DEPOSIT, VENMO CASHOUT ****854941613 | 875.00 |
| 12/15 | ACH DEPOSIT, VENMO CASHOUT ****907088669 | 500.00 |
| 12/15 | ATM CHECK DEPOSIT, *****04039600659<br>AUT 121325 ATM CHECK DEPOSI<br>145 STEWART AVENUE BETHPAGE * NY | 9,150.00 |

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 320,639.12 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: ###
Primary Account #: 0480

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/22 | ACH DEPOSIT, VENMO CASHOUT ****071298269 | 868.00 |
| 12/22 | ATM CHECK DEPOSIT, *****04039600659<br>AUT 122225 ATM CHECK DEPOSI<br>145 STEWART AVENUE BETHPAGE * NY | 49,523.00 |
| 12/31 | ATM CHECK DEPOSIT, *****04039600659<br>AUT 123125 ATM CHECK DEPOSI<br>145 STEWART AVE BETHPAGE * NY | 13,934.00 |
| | Subtotal: | 107,238.19 |

### Checks Paid

No. Checks: 43

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/04 | 4455950626 | 3,100.00 | 12/15 | 4455950658 | 4,200.00 |
| 12/05 | 4455950627 | 600.00 | 12/22 | 4455950659 | 480.00 |
| 12/02 | 4455950634* | 600.00 | 12/15 | 4455950660 | 400.00 |
| 12/19 | 4455950637* | 1,218.57 | 12/15 | 4455950661 | 400.00 |
| 12/08 | 4455950640* | 400.00 | 12/15 | 4455950662 | 400.00 |
| 12/08 | 4455950641 | 400.00 | 12/16 | 4455950663 | 480.00 |
| 12/10 | 4455950642 | 400.00 | 12/15 | 4455950664 | 300.00 |
| 12/08 | 4455950643 | 480.00 | 12/15 | 4455950665 | 440.00 |
| 12/08 | 4455950644 | 710.00 | 12/22 | 4455950666 | 400.00 |
| 12/19 | 4455950645 | 1,434.62 | 12/23 | 4455950667 | 480.00 |
| 12/08 | 4455950646 | 219.97 | 12/22 | 4455950668 | 480.00 |
| 12/04 | 4455950647 | 4,200.00 | 12/23 | 4455950669 | 600.00 |
| 12/09 | 4455950648 | 600.00 | 12/15 | 4455950670 | 710.00 |
| 12/09 | 4455950649 | 480.00 | 12/19 | 4455950671 | 4,200.00 |
| 12/08 | 4455950650 | 480.00 | 12/22 | 4455950675* | 744.60 |
| 12/01 | 4455950651 | 1,001.08 | 12/22 | 4455950676 | 400.00 |
| 12/04 | 4455950652 | 897.00 | 12/24 | 4455950677 | 744.60 |
| 12/09 | 4455950653 | 3,250.00 | 12/24 | 4455950678 | 94.39 |
| 12/24 | 4455950654 | 3,727.70 | 12/18 | 4455950679 | 1,500.00 |
| 12/16 | 4455950655 | 1,041.06 | 12/31 | 4455950680 | 400.00 |
| 12/19 | 4455950656 | 480.00 | 12/31 | 4455950681 | 400.00 |
| 12/17 | 4455950657 | 600.00 | | | |
| | | | | Subtotal: | 44,573.59 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: -###
Primary Account #: J480

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****182542 | 1,142.32 |
| 12/01 | DBCRD PUR AP, *****04039600659, AUT 113025 VISA DDA PUR AP M M CONCRETE CORP 917 224 4469 * NY | 700.00 |
| 12/01 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****404224 | 689.01 |
| 12/01 | ACH DEBIT, STELLANTIS-LEASE LEASE PMT ****0053566 | 589.00 |
| 12/02 | CCD DEBIT, WELLS FARGO VEND EFT DEBIT ****00019292724 | 2,015.68 |
| 12/02 | CCD DEBIT, WELLS FARGO BANK EFT DEBIT ****00019292253 | 1,100.70 |
| 12/03 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****711083 | 3,850.94 |
| 12/03 | ELECTRONIC PMT-WEB, TRUIST LN 001 OLB PYMT ****57502181001 | 1,036.16 |
| 12/04 | DBCRD PUR AP, *****04039600659, AUT 120325 VISA DDA PUR AP POWERWASH UNLIMITED CONTACT POWER * NY | 434.50 |
| 12/05 | ELECTRONIC PMT-WEB, CHASE CREDIT CRD EPAY ****152114 | 2,922.85 |
| 12/05 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****216793 | 1,761.92 |
| 12/05 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****217621 | 778.55 |
| 12/05 | CCD DEBIT, QUARTERLY FEE PAYMENT 0000 | 750.00 |
| 12/08 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****580720 | 8,411.85 |
| 12/08 | DBCRD PUR AP, *****04039600659, AUT 120725 VISA DDA PUR AP M M CONCRETE CORP 917 224 4469 * NY | 700.00 |
| 12/09 | CCD DEBIT, PAYROLLTAX TAX DEBIT ****69857 | 1,706.09 |
| 12/09 | ELECTRONIC PMT-WEB, TRUIST LN 001 OLB PYMT ****57502181001 | 1,036.16 |
| 12/09 | CCD DEBIT, NYS DTF WT TAX PAYMNT ****00136388972 | 276.23 |
| 12/10 | CCD DEBIT, ACCOUNT SERVICES CASH TRANS (***) *36-9502 | 415.75 |
| 12/15 | ELECTRONIC PMT-WEB, DISCOVER E-PAYMENT 1810 | 7,000.00 |
| 12/15 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****519589 | 5,442.13 |
| 12/15 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****519426 | 5,353.20 |
| 12/15 | CCD DEBIT, ERIE INS GROUP ERIEXPSPAY Q****40018 | 3,374.91 |
| 12/15 | ELECTRONIC PMT-WEB, CHASE CREDIT CRD EPAY ****227729 | 3,341.89 |
| 12/15 | CCD DEBIT, ERIE INS GROUP ERIEXPSPAY Q****77855 | 2,801.03 |
| 12/15 | eTransfer Debit, Online Xfer Transfer to CK 4455950711 | 1,740.00 |
| 12/15 | CCD DEBIT, ERIE INS GROUP ERIEXPSPAY Q****70053 | 1,041.75 |
| 12/15 | CCD DEBIT, ERIE INS GROUP ERIEXPSPAY Q****00278 | 1,034.27 |
| 12/15 | ELECTRONIC PMT-WEB, PAYPAL INST XFER ****888836603 | 350.00 |
| 12/15 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****862286109 | 75.00 |
| 12/15 | ELECTRONIC PMT-WEB, PAYPAL INST XFER UBER | 20.02 |
| 12/15 | ELECTRONIC PMT-WEB, CHASE CREDIT CRD EPAY ****225210 | 5.99 |
| 12/15 | ELECTRONIC PMT-WEB, PAYPAL INST XFER UBER | 5.00 |
| 12/16 | CCD DEBIT, PAYROLLTAX TAX DEBIT ****69857 | 1,706.07 |
| 12/16 | CCD DEBIT, NYS DTF WT TAX PAYMNT ****00136672029 | 276.23 |
| 12/16 | ELECTRONIC PMT-WEB, PAYPAL INST XFER UBER EATS | 60.67 |
| 12/16 | ELECTRONIC PMT-WEB, PAYPAL INST XFER UBER EATS | 7.28 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



STATEMENT OF ACCOUNT

JT MASONRY AND LANDSCAPING INC
DIP CASE 25-73235 EDNY


Statement Period: Dec 01 2025-Dec 31 2025
Cust Ref #: T-###
Primary Account #: J480

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | ACH DEBIT, GEICO PREM COLL ****355017 | 811.96 |
| 12/17 | ACH DEBIT, STELLANTIS-LEASE LEASE PMT ****0022021 | 650.82 |
| 12/18 | ELECTRONIC PMT-WEB, DISCOVER E-PAYMENT 1810 | 6,000.00 |
| 12/18 | ELECTRONIC PMT-WEB, CHASE CREDIT CRD EPAY ****287651 | 4,424.12 |
| 12/18 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****421479 | 2,802.86 |
| 12/18 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****421053 | 700.58 |
| 12/18 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****000605930 | 427.00 |
| 12/18 | ELECTRONIC PMT-WEB, PAYPAL INST XFER IONOS INC | 33.17 |
| 12/22 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****528987 | 3,535.75 |
| 12/22 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****871851 | 737.22 |
| 12/22 | ELECTRONIC PMT-WEB, PAYPAL INST XFER PP THE ROKU CHA | 5.99 |
| 12/23 | CCD DEBIT, PAYROLLTAX TAX DEBIT ****69857 | 1,706.09 |
| 12/23 | DBCRD PUR AP, *****04039600659, AUT 122225 VISA DDA PUR AP RESTORED TIMBERS MASSAPEQUA * NY | 434.50 |
| 12/23 | CCD DEBIT, NYS DTF WT TAX PAYMNT ****00137013643 | 276.23 |
| 12/24 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****814442 | 2,500.00 |
| 12/26 | CCD DEBIT, ACCOUNT SERVICES CASH TRANS (***) *36-9502 | 1,989.51 |
| 12/31 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****286217208 | 211.41 |
| | Subtotal: | 91,200.36 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 349,174.88 | 12/15 | 305,517.12 |
| 12/01 | 345,053.47 | 12/16 | 301,945.81 |
| 12/02 | 341,337.09 | 12/17 | 299,883.03 |
| 12/03 | 338,097.99 | 12/18 | 283,995.30 |
| 12/04 | 346,727.49 | 12/19 | 276,662.11 |
| 12/05 | 343,914.17 | 12/22 | 320,269.55 |
| 12/08 | 332,591.54 | 12/23 | 316,772.73 |
| 12/09 | 325,243.06 | 12/24 | 309,706.04 |
| 12/10 | 324,427.31 | 12/26 | 307,716.53 |
| 12/11 | 333,427.31 | 12/31 | 320,639.12 |
| 12/12 | 334,302.31 | | |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender